Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York
_____ Division

Case No. 19 CV 9126
(to be filled in by the Clerk's Office)

Kareem Omar Jones
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v- The city of New York,
Gelphin Gomez, Anthony Peters, Bridget Brennan,
Angie Morelli, Brandon Young, Angie Godoy,
Lauren Stoia, Ricky Ghosh, Gene Conway, Blair v. Pogg
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

RECEIVED OCT 01 2019 PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Kareem Jones
  Street Address: P.O. Box 2000
  City and County: Pine City New York
  State and Zip Code: New York 14871-2000
  Telephone Number:
  E-mail Address:

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Gelphin Gomez
- Job or Title (if known): Police Officer
- Street Address: Housing PSA 4
- City and County: New york, Newyork
- State and Zip Code: N.Y. 10009
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Anthony Peters
- Job or Title (if known): Sgt.
- Street Address: Housing PSA 4
- City and County: New York Newyork
- State and Zip Code: N.Y. 10009
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Bridget Brennan
- Job or Title (if known): Special Assistant District Attorney
- Street Address: 80 Centre Street
- City and County: New York New York
- State and Zip Code: N.Y. 10013
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Angie Morelli
- Job or Title (if known): Assistant District Attorney
- Street Address: 80 centre street
- City and County: New york New york
- State and Zip Code: N.Y. 10013
- Telephone Number:
- E-mail Address (if known):

See Attach

Defendant no. 5

    Angie Godoy
    Assistant District Attorney
    80 Centre Street
    New York New York
    N.Y. 10013

Defendant No. 6

    Brandon Young
    Assistant District Attorney
    80 Centre Street
    New York New York
    N.Y. 10013

Defendant No. 7

    Lauren Stoia
    Assistant District Attorney
    80 Centre Street
    New York New York
    N.Y. 10013

Defendant No. 8

    Ricky Ghosh
    Attorney
    49 Thomas Street
    New York New York
    N.Y. 10013

Defendant No. 9

    Gene Conway
    Attorney
    111 John Street
    New York New York
    N.Y. 10038

Defendant No. 10

    Blain Fogg
    President
    199 Water Street
    New York New York
    N.Y. 10038

Defendant No. 11

    Cyrus Vance
    One Hogan Place
    New York New York
    N.Y. 10013

Southern District of New York

Kareem Jones      Statement of Claim      9/25/19

I Kareem Jones bring this action under 42 U.S.C. § 1983 and state law claiming that the stop, search/seizure, arrest imprisonment, and prosecution were all unlawful... Officer Gomez and Sgt Peters stopped Jones based on his race and without justification and, without protecting Failure to protect, arrested Kareem Jones without probable cause. That the (ADA) Bridget Brennan Assistant, Bridget Brennan, District Attorney maliciously prosecuted Kareem Jones and conspired with the Officers of the New York City police to fabricate evidence against him Kareem Jones. The City of New York (the city) failed to properly train and discipline its officers with respect to executing its stop and Frisk policy and that the city and District Attorney Cyrus Vance (DA Vance) Failed to properly train and discipline local prosecutors. New York city (the city) failed to provide effective assistance of counsel with respect to the U.S. const Amend. VI. (The City) Failed to properly train and discipline local attorney, Blain Fogg and Ricky Ghosh Gene Conway, and Prosecutors, Angie Morelli, Angie Groday, Lauren Stoia, Brandon Young.

K. Jones

September 25th 2019

Kareem Jones seeks compensatory and punitive damages and his liberty

Statement of Claim

Kareem Jones:        First Claim: Issue                    September 25th 2019

On July 2nd 2016 Kareem Jones was stopped by Newyork police department (NYPD) officer Gelphin Gomez and Sgt. Anthony Peters inside of the Parking lot of Gompers Houses in lower Manhattan. Where Kareem Jones was a guest, to pick up his girl friend from work, a Gompers Houses employee, dispite being a guest and following the rules... Officer Gomez and Sgt Peters unreasonably and unlawfully stopped Kareem Jones detained him without probable cause and without justification based on his race in violation of and deprived him of his U.S. const. fourth Amend. The officers pulled up, behind Kareem Jones, in a newyork city police vehicle three feet behinde Mr. Jones with their turret lights abroad and ordered Kareem Jones to place the car in park and two roll all the windows down over the loud speaker in their vehicle. The officers called for back up over the radio, the officers were outside of the parking lot and followed Kareem Jones into the parking lot as he passed by their Vehicle, at the time of the stop Kareem Jones had not violated any laws was not doing anything suspicious or illegal and had no contraband in plain view. As the two officers approach Kareem Jones and the Vehicle officer Gomez leaned over the window, reached over and looked down in the inside of the driver side door, that was down and saw three bags of marijuana inside of the inside door panel. Officer Gomez opened the car door and told Kareem Jones to step out and officer Gomez escorted Kareem Jones to the back of the Vehicle at the trunk and told him to place his hands on the trunk and searched him. officer Gomez and Sgt. Peters focused on Jones because he is African American

and unlawfully as well as unconstitutionaly violated Kareem Jones United States constitutional right under the fourth Amendment. However after taking Kareem Jones to trunk and placing his hands on the trunk officer Oonez picked up a bag of white substance off the floor, with Kareem Jones in his view at all times and states this bag is yours. Kareem Jones was arrested and taken to the NYPD police department where he was stripped search and the vehicle was searched recovering roach clips of marijuana and a scale. Jones was taken to arraignment. Deprived of his constitutional right false arrest

Second claim: Issue

On July 3rd 2016 Attorney Ricky Ghosh of the legal Aid society presented written notice to the people ADA requesting that Kareem Jones testify before the grand Jury 180.80 on July 8th 2016. Kareem Jones had spoke to Ricky Ghosh and was told that he will testify. On July 8th 2016 at a counsel visit, Ricky Ghosh told Kareem Jones "that he hopes the day goes by fast he has a huge case load and that he is going on vacation for two weeks, located in the court building Ricky Ghosh was extremly fustrated from the amount of cases that he had while speaking with Kareem Jones. Kareem Jones was not awear of a break down with communication or that he would be deprived of his Right to testify. Ricky Ghosh deprived Kareem Jones of his U.S. constitutional right under the sixth Amendment VI, the right to effective assistance of Counsel, for his conduct after the grand Jury's vote between July 8th and July 16th 2016 the date when the indictment was filed. Deprived Kareem Jones of a meaningful post vote representation. Which conduct was the resulting harm that Jones knew of February 27th 2017. Had Kareem Jones testified, had the grand Jury heard Kareem Jones they may have voted to not indict. At trial the Jury reached a not guilty verdict on four counts

Third

would be against Kareem Jones interests. On February 27th 2017 Kareem Jones knows of that harm the impermissible conduct and it harm by being acquitted of four count out of six and knowing that had he been represent at that critical stage meaningfully. Had the grand jury heard Kareem Jones testimony they may have voted to not indict him. On February 8th at the hearing Kareem Jones had reason to know that he would not be able to testify because trial is going to be started after this hearing. The city of New York the city failed to properly train and discipline its policy of giving effective assistance of counsel with respect to executing its policy of meaningful representation to every citizen U.S. const Amend VI guaranteed. The city and V Fogg failed to properly train and discipline local counsel of the legal Aid society and not On February 8th 2017 Justice Sonberg relying on the testimony of officer Gomez sustained the stop. Jones was unaware that the officers would justify the the stop based on a claim of double parking. Jones had suffered an injury as a result of the officers bogus claim of double parking Justice Sonberg's ruling at the hearing was obvious source of harm to Jones as this evidence all but established his guilt on the criminal possession offenses. On or about February 8th officer Gomez fabricated the claim of double parking on which they based the stop Jones bases this claim as well as Sgt Anthony Peters failure to intervene on a constitutional violation had been committed by a law enforcement official in violation of Kareem Jones fourth Amendment constitutional rights. Here Kareem Jones was maliciously Prosecuted there was no probable cause for commencing the proceeding the defendant commenced and continued a criminal proceeding against Kareem Jones in violation of his this const fourth Amend rights the officer only gained probable cause after violating Kareem Jones constitutional rights under the fourth Amend

fourth

did not facilitate Jones presentment to the grand Jury between July 8 and July 16 the date when the Indictment was filed. RIKKI Ghaush deprived Jones of a meaningful post-vote representation. Which named effective Ghaush impermissible conduct caused Jones the resulting harm which Jones knew of on February 29th 2017, Jones was acquitted of four counts in a six count Indictment in a partial verdict on or about February 22nd or 23rd, on February 27, 2017 Jones was convicted of a felony in the third degree and found guilty of criminal possession of aggregate weight of one half ounce or more of a controlled substance Haven Jones was sentenced to six years incarceration. At that point Haven Jones had reason to know of the impermissible conduct as the resulting harm of the accusatory instrument, and his right to effective assistance of counsel, RIKKI Ghaush lack of diligence from July 8 until July 16 when the Indictment was filed at the accusatory instrument to exercise Jones right to appear as a witness depriving him of his right to effective assistance of RIKKI Counsel depriving Jones of U.S. Amend VI his guarantee right to effective Assistance of Counsel. On July 8th 2016 to July 16th 2016 RIKKI Ghaush had not produced Haven Jones before the grand Jury Instead Counsel was also ineffective for his conduct after the grand Jurys vote. For Jones still to be allowed to testify when the case was called at about 12:25pm, less than 30 minutes after the vote July 8th 2016 Second Counsel did not oppose the courts three week adjournment at July 8th appearance, and instead encouraged it by saying he would be out of the office despite the risks that an indictment would be filed or a new grand Jury might be empaneled during that time. Counsel RIKKI Gaush did not provide "meaningful Representation" Because he knew the grand Jurys date and time and received notice. Despite Counsel, moreover despite Counsel never advised Haven Jones not to testify, or that testifying

9th

and in violation of his N.Y. State constitutional right 1 artcl 12 unreasonable search and seizures. Mr Jones was evidently denied equal protection based on intent to inhibit the exercise of constitutional rights malicious and bad faith intend to injure Kareem Jones. On or about February 16th Gene Conway deprived Kareem Jones of his US const Amend six that a citizen is entitled to there constitutional right to effective assistance of counsel... On February 16th 2017 counsel did not provide additional pertinent facts that was not discovered before the determination of the suppression hearing and or motion. Fact that would have materially affect or have affected the outcome. Kareem Jones had reason to know that the officer contradictory statements at the hearing had harmed him and that counsels decision to not file a motion that benefits the injury of Kareem Jones that was not supported by a reasonable legitimate strategy and injured Kareem Jones Absent a reasonable strategy even a single failing at suppression many as it deprives the Kareem Jones of a constitutional right. In addition officer Gomez testified inconsistently as to the officers approach. Gene Conway deprived Kareem Jones of a constitutional right given these pertinent facts because it informs the court whether the police conduct at issue amounts to a seizure in violation of Mr. Jones fourth Amend right.

Sixth Issue

(ADA) Bridget Brennan maliciously prosecuted Kareem Jones with the officers to fabricate Evidence against Kareem Jones

(ADA) Angie Morelli Maliciously prosecuted Kareem Jones and conspired with the officers to fabricate evidence against him in violation of the fourth Amendment and in violation of the fourthteen Amendment

(ADA) Stoia maliciously prosecuted Kareem Jones with, other (ADA) actors, with standards for the prosecution primary duty respect the constitution and legal rights all persons. On July 8th 2016 (ADA) Stoia was told by the (ADA) assigned intended to present the case. (ADA) Stoia was the ADA that had spoke with Ricky Ghosh and was aware that the offer was rejected by Ricky Ghosh and that Kareem Jone will be testifying. When the assignend (ADA) could not find a sure way to contact Ricky Ghosh (ADA) Stoia should have been trained to request that the assigned (ADA) Request good cause extention which was the absolute cause and to respect the constitution. Kareem Jones was deprived of his fourteenth U.S Const. Amend.

Kareem Jones had reason to know of the impermissible conduct as the resulting harm, Rizky Ghosh lack of diligence to exercise Kareem Jones right to appear as a witness, depriving his of his U.S. const. Amend VI Blaine V. Fogg failed to properly train and discipline local Attorney under his administration. In accordance the stop, frisk, arrest search incident to arrest and imprisonment, fabricated evidence, malicious prosecution deprived Kareem Jones of his U.S. const rights under the fourth Amend sixth Amend 14th Amend. Failure to intervene and failure to protect.

September 25th 2019

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

_____ Division

|  |  |
|---|---|
| Kareem Omar Jones | ) Case No. _____ |
| _____ | ) (to be filled in by the Clerk's Office) |
| Plaintiff(s) | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| Cyrus R. Vance Jr -v- The City of New York | ) |
| Gelphin Gomez, Anthony Peters, Bridget | ) |
| Brennan, lauren stoia, Angie Morelli, Brandon | ) |
| Young, Angie Godoy, Rikki Ghosh, Blaine V Fogg, | ) |
| _____ | ) |
| Defendant(s)  See Attached | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Kareem Jones |
   | Street Address | P.O. Box 2000 |
   | City and County | Pine City New York |
   | State and Zip Code | New York 14871-2000 |
   | Telephone Number | |
   | E-mail Address | |

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 3
  Name: Cyrus R. Vance Jr
  Job or Title (if known): District Attorney
  Address: One Hogan Place
  City: Newyork   State: N.Y.   Zip Code: 10013
  County: New York New York
  Telephone Number:
  E-Mail Address (if known):
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Bridget Brennan
  Job or Title (if known): Assistant District Attorney
  Address: 80 center street
  City: Newyork   State: N.Y.   Zip Code: 10013
  County: ~~pennsylvania~~ Newyork Newyork
  Telephone Number:
  E-Mail Address (if known):
  [✓] Individual capacity   [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitution fourth Amendment, six Amend, fourteenth Amend

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Southport Correctional Facility
P.O. Box 2000
Pine city, New york 14871-2000

Kareem Jones 17R0791

     


RECEIVED OCT 01 2019 PRO SE OFFICE


USM P3 SDNY

( Legal Mail )

U.S. District Court
Southern District of New york
U.S. Court House
500 Pearl Street
Newyork, Newyork 10007-1312

Pro SE
INTAKE GP

RECEIVED 2019 SEP 30 PM 4:23 CLERK'S OFFICE S.D.N.Y.