Dear Court Clerk; sir/man

Kareem Omar Jones 12/30/19
17R0791

    I Kareem Jones writes to request the specific rules of the court where I bring action of a civil suit 19-CV-9126 to be informed of speacial procedural rules and wheather the Judge presiding of the case has a special system to follow. I seek discovery on the information of the names of two police officers of the city of Newyork located at the lower east side of Manhattan NY NY on July 2nd 2016 at the Gompers House's development from the raido call of a car stop which the two officer that responded to that call just before noon inside of the parking lot of 60 Gompers to prove the facts within my civil case of police misconduct which is relevant and it supports factual allegation to pursue my claim. Please inform me on the exact day my Amend claim is ordered to be present before the court please.

Respectfully
K. Jones



RECEIVED
JAN - 6 2020
PRO SE OFFICE



SOUTHPORT CORRECTIONAL FACILITY
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: Darleen Jones DIN: 17R0791

(Legal Mail)
Pro Se Intake
KH

To: Clerk of the Court Pro-se Clerk
United States District Court
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, N.Y. 10007