UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM OMAR JONES,

        Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

        Defendants.

19-CV-9126 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    By order dated December 3, 2019, the Court granted Plaintiff leave to amend his complaint to state facts showing that: (1) equitable tolling should apply to his false arrest claim, which is time-barred, and that (2) his criminal proceeding terminated in a matter that indicates his innocence. On January 3, 2020, the Court received a letter from Plaintiff, in which he requests the undersigned's Individual Rules of Practice; notifies the Court that he seeks discovery, that is, the names of the officers who arrested him; and asks for confirmation of the actual date his amended complaint is due.

    The amended complaint is due on February 3, 2020. Once Plaintiff amends his complaint, the Court shall review it, and determine whether it shall be reassigned to a district judge of ths Court. Should Plaintiff's case be reassigned to a district judge, the Clerk of Court shall mail to him a copy of the presiding judge's Individual Rules of Practice. At that stage, the district court may direct the New York City Police Department to identify the officers who arrested him. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997) (holding that a *pro se* litigant is entitled to assistance from the district court in identifying a defendant). Thus, Plaintiff does not require the undersigned's Individual Rules of Practice.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge