UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEN OMAR JONES,

                Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-9126 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued March 27, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that chambers mail a copy of this judgment to Plaintiff.

SO ORDERED.

Dated:   March 27, 2020
         New York, New York

                                                */s/ Louis L. Stanton*
                                                  Louis L. Stanton
                                                     U.S.D.J.